No. 04-98-00735-CV



Raymond B. GRAMS,


Appellant



v.



Carole GRAMS,


Appellee



From the 288th Judicial District Court, Bexar County, Texas


Trial Court No. 96-CI-10675


Honorable Carolyn Spears-Peterson, Judge Presiding



Per Curiam Opinion


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and filed: February 10, 1999


DISMISSED FOR WANT OF PROSECUTION


 Because it appeared that appellant had abandoned this appeal by failing to file a
clerk's record, we ordered him to show cause why his appeal should not be dismissed. See
Tex. R. App. P. 37.3(b). Appellant did not respond. The appeal is dismissed for want of
prosecution. Costs of the appeal are taxed against appellant.

 PER CURIAM

DO NOT PUBLISH
Return to
Fourth Court of Appeals